**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Aguayo

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj2470 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **RICARDO AGUAYO,** | ) | |
| Defendant. | ) | |

   Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney, in the above-captioned case.

                       Respectfully submitted,

Dated: August 13, 2008          *s/ Bridget Kennedy*
                       Federal Defenders of San Diego, Inc.
                       *bridget_kennedy@fd.org*

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Aguayo
7
8                  UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,         )   Case No. 08mj2470
                                     )
12            Plaintiff,              )
                                     )
13 v.                                )   PROOF OF SERVICE
                                     )
14 **RICARDO AGUAYO,**                )
                                     )
15            Defendant.              )
                                     )
16
17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20        **United States Attorney**
          efile.dkt.gc1@usdoj.gov
21
22 Dated: August 13, 2008            *s/ Bridget L. Kennedy*
                                     **BRIDGET L. KENNEDY**
23                                   Federal Defenders of San Diego, Inc.,
                                     225 Broadway, Suite 900
24                                   San Diego, CA 92101-5030
                                     (619) 234-8467 (tel)
25                                   (619) 687-2666 (fax)
                                     e-mail:bridget_kennedy@fd.org
26
27
28